# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia M. Stella,<br><br>    Plaintiff,<br><br>v.<br><br>Humane Society of Southern Arizona,<br><br>    Defendant. | NO. CV-14-00352-TUC-RCC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 7, 2015, which granted the Defendant's Motion for Summary Judgment, Judgement is entered and this case is closed.

              Brian D. Karth
              District Court Executive/Clerk of Court

August 7, 2015

              s/ M Rodriguez
            By Deputy Clerk