# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia M. Stella, | NO. 4:14-CV-352-TUC-RCC |
| Plaintiff, | **Order of Dismissal with Prejudice** |
| v. | |
| The Humane Society of Southern Arizona, an Arizona non-profit corporation, | |
| Defendant. | |

Upon stipulation of the parties and good cause appearing;

**IT IS ORDERED** dismissing all of the allegations and claims in the above-captioned matter with prejudice, each side to bear their own costs and fees.

DATED this _____ day of _____, 2015.

4505602.1